WHEELING JESUIT UNIVERSITY, INCORPORATED, a West Virginia corporation; Bernard W. Schmitt, Most Reverend, Bishop of the Roman Catholic Dioceses of Wheeling–Charleston; The Board of Education of the County of Ohio, A Public Corporation, Plaintiffs–Appellants,

v.

CITY OF WHEELING, a municipal corporation; John W. Lipphardt, Jr.; Barry D. Crow; Mary Margaret Kleeh; Michael A. Nau; Lawrence J. Schmitt, Jr.; Vernon E. Seals; Cliff Sligar, Defendants–Appellees.

No. 00–2003.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 29, 2000.

Decided Jan. 18, 2001.

John P. Bailey, Bailey, Riley, Buch & Harman, L.C., James F. Companion, Schrader, Byrd & Companion, P.L.L.C., James C. Gardill, Phillips, Gardill, Kaiser & Altmeyer, Wheeling, WV, for appellants.

Ronald M. Musser, Rosemary J. Humway–Warmuth, Office of the City Solicitor, Wheeling, WV, for appellees.

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Appellants appeal the district court's order denying relief on their 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Wheeling Jesuit Univ. v. City of Wheeling*, No. CA–00–14–5 (N.D.W.Va. July 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*